**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ, | No. C 12-5500 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| G. D. LEWIS, Warden, et al., | |
| Respondents. | |

Pursuant to the Court's Order Granting Respondents' Motion to Dismiss Petition as Untimely; and Denying a Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE.  28 U.S.C. § 2244(d).

IT IS SO ORDERED.

DATED: 3-31-14

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.12\Alvarez5500.jud.wpd